UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY HUDSON,

    Plaintiff,

v.                                                          Case No: 8:17-cv-2072-T-30AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 20) and Plaintiff's Objections (Dkt. 21) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. 20) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.     The decision of the Defendant Commissioner is AFFIRMED.

3. The Clerk is directed to enter judgment in the Commissioner's favor and against Plaintiff consistent with 42 U.S.C. §§ 405(g) and 1383(c)(3).

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of June, 2018.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record